**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 04 2022 ★
BROOKLYN OFFICE

| | |
|---|---|
| LUIS MUNOZ, individually and on behalf of others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>-v.-<br><br>ALFONSO VALBUENA, ERNESTINA HERRERA, SPICY PIZZA CORP. (D/B/A SPICY PIZZA),<br><br>　　　　　　　Defendants. | Civil Action #:<br>1:21-cv-02235-ENV-CLP.<br><br><br>**STIPULATION OF DISCONTINUANCE WITH PREJUDICE** |

　　**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for all parties, in this action, that this action having been settled by the parties, the settlement having been approved by the Court, whereas, no party hereto is an incompetent, this action is hereby discontinued with prejudice pursuant to Federal Rules of Civil Procedure ("FRCP") including to FRCP 41(a)(1)(A)(ii), provided that settlement payments are made in accordance with the settlement agreement in this action.

　　**IT IS FURTHER STIPULATED AND AGREED**, that PDF and facsimile copies of this Stipulation shall have the same force and effect as the original.

Dated: New York, New York
　　　　July 21, 2022

STILLMAN LEGAL, P.C.:

*Lina Stillman*
By: Lina Stillman, Esq.

*Attorneys for Plaintiff*
42 Broadway, 12th Floor
New York, NY 10004
Tel: 212-832-1000
Email: ls@stillmanlegalpc.com

THOMPSON & SKRABANEK, PLLC

*[signature]*
By: John J. Thompson, Esq.

*Attorneys for Defendants*
42 W. 38th Street, Suite 1002
New York, NY 10018
Tel: 646-568-4280
Email: jt@ts-firm.com

SO ORDERED
10/3/2022
*Cheryl L. Pollak*
United States Magistrate Judge　　6